IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 20 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| CATHERINE W. WOOSLEY, ) | |
| ) | Civil Action No. 4:02CV00098 |
| Plaintiff ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | By: Hon. Glen E. Conrad |
| ) | United States District Judge |
| Defendant ) | |

This case is now before the court for the consideration of the petition of plaintiff's attorney for approval and authorization of a fee for said attorney's services in the litigation of the case before this court. The case involved plaintiff's appeal of the final decision of the Commissioner of Social Security denying plaintiff's claim for a period of disability and disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 416(i) and 423. This court's authority for the approval of attorney's fees is set forth pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), as amended. Under 42 U.S.C. § 406(b)(1), the court is authorized to allow a reasonable fee, not to exceed 25 percent of the past due benefits.

By memorandum opinion and order entered November 25, 2003, the court remanded this case to the Commissioner of Social Security for further consideration of plaintiff's claim for a period of disability and disability insurance benefits. The court has received notice that plaintiff's claim for benefits has been approved. Throughout the proceedings before this court, plaintiff was represented by J. Willard Greer, Esq., of South Boston, Virginia. Mr. Greer has now petitioned the court for approval of a fee of $1,140.90 for services rendered in this case. The Commissioner has indicated that there are no objections to the proposed fee.

After consideration of the relevant factors, the court has concluded that a fee of $1,140.90 provides proper and reasonable compensation for the legal services rendered in this case. In reaching

this conclusion, the court has considered the quality of Mr. Greer's services to his client, the input provided by plaintiff's attorney in this court's deliberations, and the time spent by counsel in processing this appeal. Accordingly, a fee of $1,140.90 is approved and authorized by the court for release, and it is so

**ORDERED.**

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 20th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE